UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROBERT W. BODEMAN, | Case No. 2:19-CV-1778 JCM (EJY) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CASH 1, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Bodeman v. Cash 1, LLC*, case number 2:19-cv-01778-JCM-EJY.

On January 22, 2020, the clerk of court filed a notice of intent to dismiss pursuant to Federal Rule of Civil Procedure 4(m), indicating that no proof of service had been filed as to defendant Cash 1, LLC. (ECF No. 4). Since that date, plaintiff Robert Bodeman has not responded to the notice or filed proof of service as to Cash 1, LLC.

Accordingly,

IT IS HEREBY ORDERED that Bodeman's claims against Cash 1, LLC in the matter of *Bodeman v. Cash 1, LLC*, case number 2:19-cv-01778-JCM-EJY, be, and the same hereby are, DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED March 3, 2020.

_____
UNITED STATES DISTRICT JUDGE